PHILLIP A. TALBERT
Acting United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. R. L., a minor, by and through his Guardian Ad Litem, FRANCHESCA LARA; FRANCHESCA LARA, an individual; MIGUEL LARA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLINICA SIERRA VISTA; LYNOUS WILLARD HALL, M.D.; HUNG TRAW HENRY LUU TRAN, M.D., ADVENTIST HEALTH BAKERSFIELD; ADVENTIST HEALTH; ADVENTIST HEALTH SYSTEM/WEST HPL/GL TRUST; DESIREE JAYNE DOMINGO LEAL R.N.; MARIAH EARL, R.N.; KRISTEN MONIQUE WOODS, R.N.; CLAUDETTE BARRIOS GERONIMO, R.N.; APRIL MCWILLIAMS, R.N.; KIMBERLY ANN JENNINGS, R.N.; KAWALJOT SINGH BAJWA, R.T.; KRISTINA NOR MAONG, R.N.; GISELLE CHOI, R.N.; SUDHIR BHIKHUBHAI PATEL, M.D.; SEONGMI KANG, R.N.; KARLA MERCEDES PAGAN NESS, R.N.; JENA KAY KOCH, R.N.  and DOES 1 to 100,<br><br>Defendants. | Case No. 1:21−CV−01445−NONE−JLT<br><br>STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE THE UNITED STATES AS DEFENDANT IN PLACE OF CLINICA SIERRA VISTA, DR. HALL AND DR. TRAN |

IT IS HEREBY STIPULATED, by and between the Plaintiffs, B. R. L., a minor, by and through his Guardian Ad Litem, Franchesca Lara; Franchesca Lara, an individual; and Miguel Lara, an individual and Defendant United States of America, by and through their attorneys of record, that the

United States be substituted in as Defendant, in place and instead of Defendants Clinica Sierra Vista, Lynous Willard Hall, M.D. and Hung Traw Henry Luu Tran, M.D. in accordance with the Federal Tort Claims Act (28 U.S.C. §§ 2671 *et seq.* and 28 U.S.C. § 1346(b)) and 42 U.S.C. § 233.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated:  October 6, 2021          PHILLIP A. TALBERT
                                 ACTING UNITED STATES ATTORNEY


                                 */s/ Victoria L. Boesch*
                                 VICTORIA L. BOESCH
                                 Assistant United States Attorney
                                 Attorneys for the United States


Dated:  October 5, 2021          LAW OFFICES OF DAVIS & VAN WAGENEN


                                 */s/ Scott A. Van Wagenen (authorized 10/5/21)*
                                 SCOTT A. VAN WAGENEN
                                 Attorneys for Plaintiffs


**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the United States be substituted in as Defendant, in place and instead of Defendants Clinica Sierra Vista, Lynous Willard Hall, M.D. and Hung Traw Henry Luu Tran, M.D.

IT IS SO ORDERED.

Dated:   **October 6, 2021**              **_ /s/ Jennifer L. Thurston**
                                          CHIEF UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE THE UNITED STATES
AS DEFENDANT IN PLACE OF CLINICA SIERRA VISTA, DR. HALL AND DR. TRAN                    2