PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. R. L., a minor, by and through his Guardian Ad Litem, FRANCHESCA LARA; FRANCHESCA LARA, an individual; and MIGUEL LARA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CLINICA SIERRA VISTA; LYNOUS WILLARD HALL, M.D.; HUNG TRAW HENRY LUU TRAN, M.D., ADVENTIST HEALTH BAKERSFIELD; ADVENTIST HEALTH; ADVENTIST HEALTH SYSTEM/WEST HPL/GL TRUST; DESIREE JAYNE DOMINGO LEAL R.N.; MARIAH EARL, R.N.; KRISTEN MONIQUE WOODS, R.N.; CLAUDETTE BARRIOS GERONIMO, R.N.; APRIL MCWILLIAMS, R.N.; KIMBERLY ANN JENNINGS, R.N.; KAWALJOT SINGH BAJWA, R.T.; KRISTINA NOR MAONG, R.N.; GISELLE CHOI, R.N.; SUDHIR BHIKHUBHAI PATEL, M.D.; SEONGMI KANG, R.N.; KARLA MERCEDES PAGAN NESS, R.N.; JENA KAY KOCH, R.N.  and DOES 1 to 100,<br><br>Defendants. | Case No. 1:21-cv-01445-JLT-BAK (SKO)<br><br>STIPULATION AND ORDER TO AMEND SCHEDULING ORDER AND SET TRIAL DATE<br><br>(Doc. 17) |

Plaintiffs B.R.L, a minor, by and through his Guardian Ad Litem Franchesca Lara, Franchesca Lara, and Miguel Lara, and Defendants the United States and San Joaquin Community Hospital dba Adventist Health Bakersfield respectfully submit this Stipulation to Amend the Scheduling Order.  The

parties have not previously sought an amendment to the scheduling order. As discussed below, good cause exists for amendment because the complex issues in this medical malpractice case require numerous depositions that are difficult to schedule for the various witnesses and counsel for the three parties.

This is a medical malpractice case in which Plaintiffs allege negligence by health care providers prior to B.R.L.'s August 16, 2019 birth at Adventist Health Bakersfield. They allege that this negligence caused physical injuries and emotional distress to Plaintiffs Franchesca Lara and B.R.L. and emotional distress to Plaintiff Miguel Lara. The United States removed the case from Kern County Superior Court. Dkt. 1. Defendant the United States substituted in for defendants Clinical Sierra Vista, Lynous Willard Hall, M.D. and Hung Traw Henry Luu Tran, M.D. in accordance with the Federal Tort Claims Act (28 U.S.C. §§ 2671 *et seq.* and 28 U.S.C. § 1346(b)) (the "FTCA") and 42 U.S.C. § 233. Dk.t 4. This case is therefore currently pending against Defendants the United States and Adventist Health Bakersfield.

The parties have exchanged initial disclosures. Defendant United States has served subpoenas for plaintiffs' medical records, will serve written discovery (interrogatories and document requests), and anticipates taking depositions of the adult plaintiffs. Defendant Adventist Health has produced documents (medical records for the plaintiffs) and anticipates taking depositions of the adult plaintiffs. Both defendants also anticipate conducting an Independent Medical Examination of the minor plaintiff and will meet and confer with plaintiffs' counsel regarding the timing of that examination. Plaintiffs intend to propound interrogatories and to schedule eight depositions of fact witnesses (Dr. Hung Traw Henry Luu Tran, Dr. Lynous Willard Hall, Person Most Knowledgeable for Adventist Health Bakersfield on policies and procedures, Kawaljot Singh Bajwa, R.T., Kimberly Jennings, R.N., Giselle Choi, R.N., Dr. Sudhir Bhikhubhai Patel, and Dr. Gurvir S. Khurana).

Plaintiffs propose extending the deadline for completing non-expert discovery from August 26, 2022, to November 1, 2022, to allow enough time to complete these depositions. Both defendants agree that such an extension makes sense, particularly because the United States' counsel is currently preparing for an August trial that will make scheduling numerous depositions in the coming months

difficult and Adventist Health's counsel will be out of the country for the last half of September. The parties therefore respectfully request that the Court adjust the schedule as follows:

| EVENT | DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Non-Expert Discovery Cut-Off | August 26, 2022 | **November 1, 2022** |
| Plaintiff Expert Disclosures | September 9, 2022 | **November 15, 2022** |
| Defendant Expert Disclosures | October 14, 2022 | **December 23, 2022** |
| Rebuttal Expert Disclosures | November 10, 2022 | **January 13, 2023** |
| Expert Discovery Cut-Off | January 6, 2023 | **March 10, 2023** |

The parties have agreed to a private mediation and are working to schedule it in late December 2022 or early January 2023. The proposed schedule adjustments would also facilitate those settlement efforts.

Respectfully submitted,

Dated: June 21, 2022         PHILLIP A. TALBERT
                             UNITED STATES ATTORNEY

                             */s/ Victoria L. Boesch*
                             VICTORIA L. BOESCH
                             Assistant United States Attorney
                             Attorneys for the United States

Dated: June 21, 2022         LAW OFFICES OF DAVID & VANWAGENEN

                             */s/ Scott A. VanWagenen (authorized 6/21/22)*
                             Scott A. VanWagenen
                             Attorneys for Plaintiffs

Dated: June 21, 2022         WHITE CANEPA LLP

                             */s/ William M. White (authorized 6/21/22)*
                             William M. White
                             Attorneys for Defendant San Joaquin Community
                             Hospital dba Adventist Health Bakersfield

# ORDER

Pursuant to the parties' stipulation (Doc. 17), and for good cause shown, the Court hereby MODIFIES the Scheduling Order (Doc. 9) as follows:

| EVENT | DEADLINE | NEW DEADLINE |
|---|---|---|
| Non-Expert Discovery Cut-Off | August 26, 2022 | **November 1, 2022** |
| Plaintiff Expert Disclosures | September 9, 2022 | **November 15, 2022** |
| Defendant Expert Disclosures | October 14, 2022 | **December 23, 2022** |
| Rebuttal Expert Disclosures | November 10, 2022 | **January 13, 2023** |
| Expert Discovery Cut-Off | January 6, 2023 | **March 10, 2023** |
| Non-Dispositive Motion Filing | January 20, 2023 | **March 24, 2023** |
| Non-Dispositive Motion Hearing | February 17, 2023 | **April 28, 2023** |
| Dispositive Motion Filing | March 7, 2023 | **May 9, 2023** |
| Dispositive Motion Hearing | April 18, 2023 | **June 13, 2023** |
| Pre-Trial Conference | June 13, 2023 | **August 11, 2023, at 1:30 p.m.** |

The Court further SETS a trial in this case for October 17, 2023, at 8:30 a.m., in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge.

IT IS SO ORDERED.

Dated: __**June 22, 2022**__          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER TO AMEND SCHEDULING ORDER                                4