# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. R. L., by and through his guardian ad litem, FRANCHESCA LARA, and MIGUEL LARA,<br><br>Plaintiffs,<br><br>v.<br><br>CLINICA SIERRA VISTA, et al.,<br><br>Defendants. | Case No.  1:21-cv-01445-JLT-CDB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 21) |

On October 6, 2022, the parties filed a stipulation (ECF No. 21) that requests the Court to amend its Scheduling Order filed on December 20, 2021 (ECF No. 9), and first amended by stipulated order on June 23, 2022.  (ECF No. 19.)   The parties represent that the proposed amendments to the schedule would facilitate document discovery, depositions, and independent medical examinations that are necessary to facilitate private mediation scheduled on February 17, 2023.  (ECF No. 21.)

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED:

The Scheduling Order is amended as follows:

| EVENT | DEADLINE | NEW DEADLINE |
|---|---|---|
| Non-Expert Discovery Cut-Off | November 1, 2022 | **December 29, 2022** |
| Plaintiff Expert Disclosures | November 15, 2022 | **January 12, 2023** |
| Defendant Expert Disclosures | December 23, 2022 | **February 22, 2023** |
| Rebuttal Expert Disclosures | January 13, 2023 | **March 15, 2023** |
| Expert Discovery Cut-Off | March 10, 2023 | **May 12, 2023** |
| Non-Dispositive Motion Filing | March 24, 2023 | **May 26, 2023** |
| Non-Dispositive Motion Hearing | April 28, 2023 | **June 30, 2023** |
| Dispositive Motion Filing | May 9, 2023 | **July 7, 2023** |
| Dispositive Motion Hearing | June 13, 2023 | **August 11, 2023** |
| Pre-Trial Conference | Aug. 11, 2023, 1:30 p.m. | **October 6, 2023** |
| Trial | Oct. 17, 2023, 8:30 a.m. | **December 11, 2023** |

IT IS SO ORDERED.

Dated:   **October 14, 2022**

UNITED STATES MAGISTRATE JUDGE

2