UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.R.L., by and through his Guardian Ad Litem, FRANCHESCA LARA, and MIGUEL LARA,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ADVENTIST HEALTH BAKERSFIELD, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-01445-JLT-CDB<br><br>ORDER VACATING TRIAL DATE<br><br>(Doc. 38)<br><br>**TWENTY-ONE DAY DEADLINE** |

　　　　B.R.L., by and through his Guardian Ad Litem, Franchesca Lara, and Miguel Lara, bring this medical malpractice action alleging negligence by health care providers prior to B.R.L.'s birth.  (Doc. 1).

　　　　On December 22, 2023, the parties filed a joint pre-trial conference statement which informed the Court that Defendant San Joaquin Community Hospital d/b/a Adventist Health Bakersfield reached an agreement to settle claims between itself and Plaintiffs and that Plaintiffs intend to file a petition for minor's compromise in connection with that settlement. (Doc. 35 p. 1). The parties further represented their anticipation that the upcoming trial would address only Plaintiffs' claims against Defendant the United States of America.  *Id*.  The Court issued a pretrial order confirming trial to commence on March 5, 2024.  (Doc. 37).

　　　　Thereafter, on January 24, 2024, Plaintiffs and Defendant the United States of America filed a joint notice of settlement pursuant to Local Rule 160 in which the parties expressed their intention to file a motion seeking approval of their settlement.  *Id*.

///

In light of the parties' pre-trial statement, which informed the Court that trial will proceed only as to Plaintiffs' claims against Defendant the United States of America, and the subsequent joint notice of settlement between those parties (Doc. 38), the Court hereby VACATES the trial and all related dates.

It is FURTHER ORDERED that the parties shall file all petitions seeking Court approval of minor's compromise within 21 days of entry of this Order.

IT IS SO ORDERED.

Dated: **January 31, 2024**

UNITED STATES MAGISTRATE JUDGE