# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.R.L., a minor, by and through his *guardian ad litem*, FRANCHESCA LARA, *et al.*,<br><br>           Plaintiffs,<br><br>       v.<br><br>CLINICA SIERRA VISTA, *et al.*,<br><br>           Defendants. | Case No. 1:21-cv-01445 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS APPROVING PETITION FOR MINOR'S COMPROMISE, AND DIRECTING THE PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(Docs. 46, 48, 49) |

The parties filed a stipulated petition for approval of the compromise of the claims of brought by B.R.L, by and through his guardian ad litem Franchesca Lara. (Doc. 46.) Upon the request of the Court, Plaintiffs filed supplemental briefing regarding B.R.L, expert reports, and representation of the minor plaintiff. (Docs. 47, 48.) Upon review of the stipulated petition and supplemental briefing, the magistrate judge found the proposed award, distribution method, and requested fees were appropriate. (Doc. 49 at 4-7.) In addition, the magistrate judge found the proposed settlement amount is fair, reasonable, and in the best interests" of the minor plaintiff, when compared to the recovery in similar actions. (*Id.* at 9; *see also id.* at 7-9.) Therefore, the magistrate judge recommended that the Court approve the petition. (*Id.* at 9.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 49 at 9.) The Court also advised the parties the

1  "failure to file objections within the specified time may waive the right to appeal the district
2  judge's order." (*Id*., citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).)  Neither Plaintiffs
3  nor Defendants filed objections, and the time do so has expired.
4       According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case.
5  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations
6  are supported by the record and proper analysis.  Thus, the Court **ORDERS**:
7       1.    The findings and recommendations issued on October 16, 2024 (Doc. 49) are
8            **ADOPTED** in full.
9       2.    The petition for approval of the minor's compromise is **GRANTED**.
10      3.    The parties **SHALL** file a dispositional documents within 45 days of the date of
11           this order.

IT IS SO ORDERED.

Dated: **November 11, 2024**

_____
UNITED STATES DISTRICT JUDGE

2